IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) NO. 05-CR-40022-JPG |
| | ) |
| DEVERON MARK MURPHY, | ) |
| DEFENDANT. | ) |

**MEMORANDUM AND ORDER**

This matter before the Court on defendant Deveron Mark Murphy's motion for *in forma pauperis* status with respect to a motion he intends to file under 28 U.S.C. § 2255 (Doc. 139). Murphy pled guilty to one count of conspiring to manufacture and possess with intent to distribute methamphetamine on September 12, 2005. He believes he will need transcripts from his plea in his § 2255 proceeding.

The Court cannot grant Murphy's motion at this time. First, the Court notes that there is no fee to file a § 2255 motion, so Murphy has no need of pauper status for that purpose. Second, the Court will not authorize pauper status for free transcripts unless the defendant can demonstrate that his suit is not frivolous and that the transcript is needed to decide an issue presented by the suit. *See* 28 U.S.C. § 753(f). Since Murphy has not yet filed a § 2255 motion, the Court cannot determine whether he can satisfy this standard. Third, should Murphy seek pauper status in connection with a § 2255 motion, he must file his motion for leave to proceed *in forma pauperis* in that case, not in his criminal case. For these reasons, the Court **DENIES** the motion for leave to proceed *in forma pauperis* (Doc. 139) **without prejudice** to refiling another properly supported motion in a § 2255 proceeding.

**DATED:  November 8, 2006**

s/ J. Phil Gilbert
**J. PHIL GILBERT, DISTRICT JUDGE**