IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | NO. 05-CR-40022-JPG |
| ) | |
| DEVERON MARK MURPHY, ) | |
| ) | |
| DEFENDANT. ) | |

### **MEMORANDUM AND ORDER**

This matter before the Court on defendant Deveron Mark Murphy's motion for an extension of time to file a motion under 28 U.S.C. § 2255 (Doc. 141). The Court notes that § 2255 itself provides no authority for the Court's granting an extension of the one-year deadline. However, because the one-year deadline is procedural and not jurisdictional, a late filing may be excused at the time of filing by equitable tolling or estoppel. *Taliani v. Chrans*, 189 F.3d 597, 598 (7th Cir. 1999), *United States v. Marcello*, 212 F.3d 1005, 1010 (7th Cir. 2000). Nevertheless, the Court cannot grant a pre-filing extension. For this reason, the Court **DENIES** Murphy's motion (Doc. 141).

The Court notes that Murphy's motion is not accompanied by a certificate of service as required by Federal Rule of Civil Procedure 5(d) and/or Federal Rule of Criminal Procedure 49. The Court **WARNS** Murphy that future filings that fail to have the appropriate certificate of service may be summarily stricken.

**IT IS SO ORDERED.**
**DATED:  December 28, 2006**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT, DISTRICT JUDGE**